NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMON DAWKINS,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7105

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-665, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

The Secretary of Veterans Affairs moves for a 14-day extension of time to file his informal brief in this appeal.

On May 14, 2012, the court issued a show cause order, inter alia, staying the briefing schedule.

Accordingly,

IT IS ORDERED THAT:

The motion for an extension of time is moot.

FOR THE COURT

**MAY 2 2 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Emon Dawkins
     Richard Schroeder, Esq.

s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2 2012

JAN HORBALY
CLERK